IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC.; and JERRY MOSCOVITCH § § § | | |
| Plaintiff, § | CAUSE NO. 2:09-cv-00358 | |
| v. § § | | |
| 9X MEDIA, INC.; PLANAR SYSTEMS, INC.; ATDEC PTY LTD; ERGOTECH GROUP, INC.; HUMAN SCALE CORPORATION; INNOVATIVE OFFICE PRODUCTS, INC.; NAPLES TECHNOLOGY, INC.; WORKRITE ERGONOMICS, INC.; KNOLL, INC.; SPACECO BUSINESS SOLUTIONS, INC.; PFG VENTURES, LP d/b/a PROFORMA AMERICAN FILING SOLUTIONS; CUSTOM PRODUCTS AND SERVICES, INC.; E-FILLIATE, INC. d/b/a ZIOTEK; PROGRESSIVE MARKETING PRODUCTS, INC. d/b/a PREMIER MOUNTS; AFC INDUSTRIES, INC.; ESI ERGONOMIC SOLUTIONS, L.L.C.; MEDIA MOUNTS, INC.; EIZO NANAO TECHNOLOGIES, INC.; HERMAN MILLER, INC.; WALL STREET TRADING DESKS, INC.; SALLAS INDUSTRIAL COMPANY, LTD.; GRAND STANDS, INC.; ERGONOMIC ACCESSORIES INTERNATIONAL CORPORATION; TARGUS, INC.; K AND A MANUFACTURING, INC. d/b/a RIGHT ANGLE PRODUCTS; ERGOTECT CORPORATION d/b/a ERGOMART.COM ; VARTECH SYSTEMS, INC.; WOODTRONICS, INC.; SBFI NORTH AMERICA; and SYNNEX CORPORATION § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** | |
| Defendants. | | |
1

## JOINT MOTION TO DISMISS DEFENDANT VARTECH SYSTEMS, INC.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Mass Engineered Design, Inc. et al. ("MASS") and Defendant Vartech Systems, Inc. ("Vartech") hereby move the Court for an Order dismissing all claims asserted by MASS against Defendant Vartech in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorney fees.

DATED: March 4, 2010

                                          Respectfully submitted,

                                          /s/ Stephen F. Schlather
                                          Edward W. Goldstein – Lead Attorney
                                          Texas Bar No. 08099500
                                          Stephen F. Schlather
                                          Texas Bar No. 24007993
                                          GOLDSTEIN, FAUCETT & PREBEG L.L.P
                                          1177 West Loop South, Suite 400
                                          Houston, Texas 77027
                                          Telephone: (713) 877-1515
                                          Facsimile: (713) 877-1737
                                          E-mail: egoldstein@gfpiplaw.com
                                                     sschlather@gfpiplaw.com

                                          *ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 4, 2010. Any other counsel of record will be served by first class U.S. mail.

                                            /s/Stephen F. Schlather
                                            Stephen F. Schlather