IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC., *et al.*, | § | CAUSE NO. 2:09-cv-00358-TJW |
| Plaintiffs, | § | |
| v. | § | |
| WALL STREET TRADING DESKS, INC., *et al.*, | § | |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |
| | § | |

### AFFIDAVIT OF ROBERT STOCKTON

Affiant states:

1. I am a resident of the State of North Carolina, am above the age of eighteen (18) years, and am not subject to any legal disabilities.
2. I have been the President of Wall Street Trading Desks, Inc. ("WSTD") since the company's incorporation in North Carolina in 1994.
3. WSTD has a single office in Chapel Hill, North Carolina, from which all orders are taken and shipped.
4. WSTD does not now and has never manufactured any products relating to the products at issue, electronic display assemblies. We obtain such assemblies from a third party in the United Kingdom who ships them from overseas to our office in Chapel Hill, North Carolina. We package and ship our products from Chapel Hill, North Carolina.
5. WSTD does not have an office or other business location in the State of Texas.
6. WSTD does not own any property in the State of Texas.
7. WSTD does not employ a sales agent, distributor, or any other employee or contractor in the State of Texas.
8. WSTD has never sold any products to any customer located in the Eastern District of Texas since the company's founding in 1994.
9. I verified with our sales representative, Douglas Black, that WSTD has never made any sales contacts or calls to, nor received any inquiries from, any potential customer in the Eastern District of Texas. Further, he has never traveled anywhere in the Eastern District of Texas on the company's behalf.
10. WSTD has a commission-based sales representative, previously located in San Diego, California, and now located in Chicago, Illinois. However, WSTD has never had a physical office in either of these locations.
11. WSTD is negotiating for showroom space in New York, New York, but does not presently have a location there.

Affiant testifies nothing further.

3-12-10
Date    Robert Stockton    *(signature)*

County ORANGE

State of __ NC

I certify that Robert Stockton personally appeared before me this day, acknowledging to me that he signed the foregoing document.

Date  3-12-10

Notary Public

*(signature)*

(Official Seal)    My commission expires: 6-2-13

```
SANDRA A NADOLNY
NOTARY PUBLIC
CHATHAM COUNTY, NC
My Commission Expires 6-2-2013
```