UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:09cv358

Name of party requesting extension: E-Filliate, Inc. d/b/a Ziotek

Is this the first application for extension of time in this case?   ✓ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: Unknown

Number of days requested:   ✓ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 4/16/2010   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Tom Henson
State Bar No.: 09494000
Firm Name: Ramey & Flock, P.C.
Address: 100 East Ferguson
Suite 500
Tyler, TX 75702
Phone: (903) 597-3301
Fax: (903) 597-2413
Email: thenson@rameyflock.com

A certificate of conference does not need to be filed with this unopposed application.