**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC.; and JERRY MOSCOVITCH | § § § | |
| Plaintiff, | § § | CAUSE NO. 2:09-cv-00358 |
| v. | § § § | |
| 9X MEDIA, INC.; PLANAR SYSTEMS, INC.; ATDEC PTY LTD; ERGOTECH GROUP, INC.; HUMAN SCALE CORPORATION; INNOVATIVE OFFICE PRODUCTS, INC.; NAPLES TECHNOLOGY, INC.; WORKRITE ERGONOMICS, INC.; KNOLL, INC.; SPACECO BUSINESS SOLUTIONS, INC.; PFG VENTURES, LP d/b/a PROFORMA AMERICAN FILING SOLUTIONS; CUSTOM PRODUCTS AND SERVICES, INC.; E-FILLIATE, INC. d/b/a ZIOTEK; PROGRESSIVE MARKETING PRODUCTS, INC. d/b/a PREMIER MOUNTS; AFC INDUSTRIES, INC.; ESI ERGONOMIC SOLUTIONS, L.L.C.; MEDIA MOUNTS, INC.; EIZO NANAO TECHNOLOGIES, INC.; HERMAN MILLER, INC.; WALL STREET TRADING DESKS, INC.; SALLAS INDUSTRIAL COMPANY, LTD.; GRAND STANDS, INC.; ERGONOMIC ACCESSORIES INTERNATIONAL CORPORATION; TARGUS, INC.; K AND A MANUFACTURING, INC. d/b/a RIGHT ANGLE PRODUCTS; ERGOTECT CORPORATION d/b/a ERGOMART.COM ; VARTECH SYSTEMS, INC.; WOODTRONICS, INC.; SBFI NORTH AMERICA; and SYNNEX CORPORATION | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | | |

1

## JOINT MOTION TO DISMISS DEFENDANT
## EIZO NANAO TECHNOLOGIES, INC.

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mass Engineered Design, Inc. et al. ("MASS") and Eizo Nanao Technologies, Inc. ("Eizo") hereby move the Court for an Order dismissing all claims asserted by MASS against Defendant Eizo in this action WITH PREJUDICE, with each party to bear its own costs, expenses, and attorney fees.

DATED: May 3, 2010

                                        Respectfully submitted,

                                        /s/ Stephen F. Schlather_____
                                        Edward W. Goldstein – Lead Attorney
                                        Texas Bar No. 08099500
                                        Stephen F. Schlather
                                        Texas Bar No. 24007993
                                        GOLDSTEIN, FAUCETT & PREBEG L.L.P
                                        1177 West Loop South, Suite 400
                                        Houston, Texas  77027
                                        Telephone: (713) 877-1515
                                        Facsimile: (713) 877-1737
                                        E-mail: egoldstein@gfpiplaw.com
                                                   sschlather@gfpiplaw.com

                                        *ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 3, 2010.  Any other counsel of record will be served by first class U.S. mail.

                                        /s/Stephen F. Schlather_____
                                        Stephen F. Schlather