IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC., *et al*.; | § | |
| | § | |
| Plaintiffs, | § | CAUSE NO. 2:09-cv-00358 |
| | § | |
| v. | § | |
| | § | |
| 9X MEDIA, INC., *et al.*, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

**JOINT MOTION TO DISMISS DEFENDANT MEDIA MOUNTS, INC.**

WHEREAS, Plaintiffs Mass and Moscovitch (collectively, "Mass") and MediaMounts, Inc. ("MediaMounts") have engaged in settlement discussions in an attempt to resolve this case;

WHEREAS, MediaMounts has disclosed certain facts related to its sales of Accused Products; and

WHEREAS, Mass has considered and relied on those facts in reaching its decision to dismiss MediaMounts;

NOW THEREFORE, Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Mass and MediaMounts hereby move the Court for an Order dismissing all claims asserted by MASS against Defendant MediaMounts in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorney fees.

DATED:  May 18, 2010

                                                                Respectfully submitted,

                                                                /s/ Stephen F. Schlather_____

        Edward W. Goldstein – Lead Attorney
        Texas Bar No. 08099500
        Stephen F. Schlather
        Texas Bar No. 24007993
        **GOLDSTEIN, FAUCETT & PREBEG LLP**
        1177 West Loop South, Suite 400
        Houston, Texas  77027
        Telephone: (713) 877-1515
        Facsimile: (713) 877-1737
        E-mail: egoldstein@gfpiplaw.com
              sschlather@gfpiplaw.com

        *ATTORNEYS FOR PLAINTIFFS*

        /s/ Marvin C. Tyler, with permission
        Marvin C. Tyler
        **WILSON SONSINI GOODRICH & ROSATI PC**
        900 South Capital of Texas Highway
        Las Cimas IV, Fifth Floor
        Austin, TX  78746-5546
        E-mail: ctyler@wsgr.com

        *ATTORNEYS FOR MEDIAMOUNTS, INC.*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 18, 2010.  Any other counsel of record will be served by first class U.S. mail.

                                  /s/Stephen F. Schlather
                                  Stephen F. Schlather