-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **MASS ENGINEERING, INC.,** *et al.*; | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) CASE NO.: 2:09-cv-00358-TJW |
| **9X MEDIA, INC.,** *et al.*, | ) ) ) |
| **Defendants.** | ) ) ) |

**DEFENDANT ATDEC PTY LTD.'S**
**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Defendant Atdec Pty Ltd. files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

Atdec Pty Ltd. has no parent corporation and there are no publicly held corporations holding 10% or more of Atdec Pty, Ltd. stock.

Dated:  May 18, 2010                           Respectfully submitted,

*/s/ M. Craig Tyler*
M. Craig Tyler
State Bar No. 00794762
ctyler@wsgr.com
Wilson Sonsini Goodrich & Rosati
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone:      512-338-5400
Facsimile:       512-338-5499

ATTORNEY FOR DEFENDANT
ATDEC PTY LTD.

-2-

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 18, 2010, the foregoing document was served electronically on all counsel who have consented to electronic service pursuant to Local Rule CV-5(a)(3)(A). All other counsel of record not deemed to have consented to electronic service were served on the same date with a true and correct copy of the foregoing document by overnight delivery or first class mail.

                                          */s/ M. Craig Tyler*
                                          M. Craig Tyler