IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC., *et al*.; | § § | |
| Plaintiffs, | § § | CAUSE NO. 2:09-cv-00358-TJW |
| v. | § § | |
| 9X MEDIA, INC., *et al.*, | § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

## NOTICE OF DISMISSAL OF DEFENDANT ATDEC PTY LTD.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Mass Engineered Design, Inc., *et al*. ("MASS") respectfully submit this notice of voluntary dismissal without prejudice of all claims against Defendant Atdec Pty Ltd.

DATED: January 6, 2011

        Respectfully submitted,

        /s/ *Stephen F. Schlather*
        Stephen F. Schlather
        Texas Bar No. 24007993
        COLLINS, EDMONDS & POGORZELSKI, PLLC
        1616 S. Voss Rd., Suite 125
        Houston, Texas 77057
        (713) 364-2371 – Telephone
        (832) 415-2535 – Facsimile

        Edward W. Goldstein – Lead Attorney
        Texas Bar No. 08099500
        GOLDSTEIN, FAUCETT & PREBEG, L.L.P
        1177 West Loop South, Suite 400
        Houston, Texas 77027
        (713) 877-1515 – Telephone
        (713) 877-1737 – Facsimile

        *ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 6, 2011. Any other counsel of record will be served by first class U.S. mail.

        /s/*Stephen F. Schlather*
        Stephen F. Schlather