IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC. | § | |
| | § | |
| V. | § | CIVIL NO. 2:09-CV-358(JRG) |
| | § | |
| 9X MEDIA, INC., ET AL. | § | |

**O R D E R**

This case is set for a status conference in **Marshall, Texas**, on April 20, 2012, at 9:00 a.m., before the Honorable Rodney Gilstrap and the Honorable Roy Payne. The purpose of the conference will be to assign a claim construction hearing date and a trial setting. The parties shall be prepared to inform the Court whether they will consent to trial before the Magistrate Judge.

The parties shall submit their proposed docket control and discovery orders to the court on May 4, 2012. If the parties are unable to resolve their disagreements concerning these orders, the parties shall submit to the court their competing proposals along with a summary of their disagreements. For purposes of computing the time deadlines under the local patent rules, the court deems May 21, 2012 to be the date of the initial case management conference. As a result, the "Disclosure of Asserted Claims and Infringement Contentions" is due on May 11, 2012.

**So ORDERED and SIGNED this 9th day of March, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE