**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **MASS ENGINEERED DESIGN, INC. et al.,** | § § § | |
| *Plaintiff,* | § § | **CAUSE NO. 2:09-CV-358-JRG** |
| **V.** | § § | |
| **9X MEDIA, INC., et al.,** | § § | |
| *Defendants.* | § | |

## ORDER

A status conference was held in this case on April 20, 2012, during which the Court ordered the parties to submit various proposed orders, including a proposed discovery order. The Court has now reviewed the parties' proposed discovery order and finds that it lacks certain mandatory provisions. Accordingly, the parties are **ORDERED** to obtain an updated model discovery order from the undersigned's chambers website, meet-and-confer, and submit a revised proposed discovery order within 7 days.

**So ORDERED and SIGNED this 16th day of May, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE