IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC.; and JERRY MOSCOVITCH,<br><br>         Plaintiffs,<br><br>v.<br><br>9X MEDIA INC., ET AL.<br><br>         Defendants. | Case No. 2:09-cv-00358-JRG<br><br>JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL UNDER RULE 41(a)(1)(A)(ii)**

Pursuant to Rule 41 of Federal Rules of Civil Procedure, all parties to the above-captioned matter hereby stipulate to dismissal without prejudice of all claims by Plaintiffs and all counterclaims by all Defendants, with each party to bear its own costs.

Counsel for plaintiffs has obtained the consent of counsel for each Defendant to affix his or her electronic signature to this document. Counsel for all parties who have entered an appearance in this action have signed this stipulation.

Dated: August 2, 2012

/s/ Edward W. Goldstein
Edward W. Goldstein (TX Bar No. 08099500)
Goldstein & Lipski PLLC
1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1737
egoldstein@gliplaw.com

*Attorneys for Plaintiffs Mass Engineered Design, Inc. and Jerry Moscovitch*

/s/Darrell G. Dotson
Scott E. Stevens (TX Bar No. 00792024)
Darrell G. Dotson (TX Bar No. 24002010)
Todd Y. Brandt (TX Bar No. 24027051)
Scott A. Severt (TX Bar No. 24066048)
STEVENS LOVE
P.O. Box 3427
Longview, Texas  75606
Telephone:  (903) 753–6760
Facsimile:  (903) 753–6761
darrell@stevenslove.com
greg@stevenslove.com
scott@stevenslove.com
todd@stevenslove.com
ssevert@stevenslove.com

*Attorneys for Defendants SBFI North America,*

OF COUNSEL:
Damon Neagle
DESIGN IP PC
5100 W Tilghman Street
Suite 205
Allentown, PA 18104
610/395-4900
Fax: 610/680-3312
damonneagle@designip.com

/s/ Darrell G. Dotson
Scott E. Stevens (TX Bar No. 00792024)
Darrell G. Dotson (TX Bar No. 24002010)
Todd Y. Brandt (TX Bar No. 24027051)
Scott A. Severt (TX Bar No. 24066048)
STEVENS LOVE
P.O. Box 3427
Longview, Texas  75606
Telephone:  (903) 753–6760
Facsimile:  (903) 753–6761
darrell@stevenslove.com
greg@stevenslove.com
scott@stevenslove.com
todd@stevenslove.com
ssevert@stevenslove.com

*Attorneys for Defendants Innovative Office Products, Inc., Knoll, Inc. and Ergotect Corporation d/b/a Ergomart.com*

/s/ Trevor J. Zink
Trevor J. Zink, Esq. – Lead Attorney
California Bar Number: 218860
OMNI LAW GROUP, LLP

/s/ Ido Tuchman
Ido Tuchman
Admitted Pro Hac Vice
LAW OFFICES OF IDO TUCHMAN

Case 2:09-cv-00358-JRG Document 390 Filed 08/02/12 Page 3 of 5 PageID #: 1970

1500 E. Hamilton Ave., Suite 202
Campbell, CA 95008
408.879.8500 (P)
408.879.8501 (F)
tzink@omnillp.com

*Attorneys for Defendant*
*9X Media, Inc.*

/s/ TOM HENSON
TOM HENSON
State Bar Card No. 09494000
RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-3301
Facsimile: (903) 597-2413
thenson@rameyflock.com

*Attorneys for Defendant and Counterclaimant*
*E-Filliate, Inc. d/b/a Ziotek*

/s/ *Laura Beth Miller*
Laura Beth Miller (Illinois Bar No. 6191408)
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Tel: (312) 321-4200
Fax: (312-321-4299
E-mail: lmiller@brinkshofer.com

John A. Lingl

82-70 Beverly Road
Kew Gardens, NY 11415
Telephone: 718.544.1110
Facsimile: 718-374.6092

Ross Spencer Garsson
GREENBERG TRAURIG, LLP
Texas Bar No. 00784112
300 West 6th Street, Suite 2050
Austin, Texas 78701
Telephone: 512.320.7200
Facsimile: 512.320.7210

*Attorneys For Defendant*
*AFC Industries, Inc.*

*/s/M. Craig Tyler*
M. Craig Tyler
State Bar No. 00794762
ctyler@wsgr.com
Wilson Sonsini Goodrich & Rosati
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Voice: 512-338-5410
Facsimile: 512-338-5499

*Attorneys for Defendants*
*Ergotech Group, Inc., Targus, Inc. and Sallas Industrial Company, Ltd.*

/s/ Adam R. Steinert
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@fin
dlaycraft.com

BRINKS HOFER GILSON & LIONE
524 South Main Street
Suite 200
Ann Arbor, MI 48104-2921
Tel: (734) 302-6000
Fax: (734) 994-6331

Harry L. Gillam, Jr.
GILLAM SMITH, L.L.P
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450

*Attorneys for Defendant Herman Miller, Inc.*

Kurt J. Niederluecke (MN Bar No. 271597)
(admitted *pro hac vice*)
Adam R. Steinert (MN Bar No. 0389648)
(admitted *pro hac vice*)
Laura L. Myers (MN Bar No. 0387116)
(admitted *pro hac vice*)
FREDRIKSON & BYRON, P.A.
200 South Sixth St , Suite 4000
Minneapolis, MN 55042
Telephone: (612) 492-7000
Facsimile: (612) 492-7077
kniederlueckd@fredlaw.com
asteinert@fredlaw.com
lmyers@fredlaw.com

*Attorneys for Defendant Humanscale Corporation*

/s/ Timothy N. Trop
State Bar No. 20236600
1616 S. Voss Road, Suite 750
Houston, TX 77057
713/468-8880 [Phone]
713/468-8883 [Fax]
trop@tphm.com

*Attorneys for Defendants
Planar Systems, Inc. and Synnex Corporation*

/s/ Margaret A Boulware
Margaret A Boulware
BOULWARE & VALOIR
3 Riverway, Suite 950
Houston, TX 77056
832/369-7852
Fax: 713/650-6458
mboulware@boulwarevaloir.com

*Attorneys for Defendant
Spaceco Business Solutions, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the attached *STIPULATION OF DISMISSAL UNDER RULE 41(a)(1)(A)(ii)* was filed using the ECF system and is available for viewing and downloading from the ECF system.

All counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the date set forth below.


Dated:  August 2, 2012                             /s/ Edward W. Goldstein
                                                   Edward W. Goldstein