# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC.; and JERRY MOSCOVITCH, | |
| Plaintiffs, | Case No. 2:09-cv-00358-JRG |
| v. | JURY TRIAL DEMANDED |
| 9X MEDIA INC., ET AL. | |
| Defendants. | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the Stipulation of the parties and Rule 41 of the Federal Rules of Civil Procedure, all parties to the above-captioned matter are dismissed without prejudice of all claims by Plaintiffs and all counterclaims by all Defendants, with each party to bear its own costs.